UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX LANTZSCH,<br><br>               Petitioner,<br><br>   v.<br><br>MATTHEW WHITAKER, et al.,[1]<br><br>               Respondents. | CASE NO. C18-1562-RSM-BAT<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Petitioner's unopposed motion for extension of time, Dkt. 9, is **GRANTED**. The Clerk is directed to **RENOTE** the Government's motion to dismiss, Dkt. 5, for **January 25, 2019**. Petitioner may file his response by **January 21, 2019**.

DATED this 18th day of December, 2018.

                                                    BRIAN A. TSUCHIDA
                                                    Chief United States Magistrate Judge

---

[1] The Clerk is directed to substitute Matthew Whitaker, the acting Attorney General, for former Attorney General Jefferson Sessions.

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1